AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| Afshin Shahidi, an individual<br><br>*Plaintiff(s)*<br>v.<br>LiveOne, Inc., a Delaware corporation; LiveXLive, Corp., a Delaware corporation; Slacker, Inc., a Delaware corporation; and Does 1-10 inclusive<br><br>*Defendant(s)* | Civil Action No. 2:21-cv-08830 - MCS (KESx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LiveOne, Inc., a Delaware corporation, Authorized Agent, 269 S. Beverly Drive, Ste 1450, Beverly Hills, CA 90212
LiveXLive, Corp., a Delaware corporation, Authorized Agent, 269 Beverly Drive, Ste 1450, Beverly Hills, CA 90212
Slacker, Inc., a Delaware corporation, Authorized Agent, 16935 W Bernardo Drive, Ste 270, San Diego, CA 92127

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward M. Anderson
Anderson Yeh PC
401 Wilshire Blvd FL 12
Santa Monica, CA  90401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/10/2021

/s/ Luis Hernandez

*Signature of Clerk or Deputy Clerk*