Edward M. Anderson (SBN198183)
Anderson Yeh PC
401 Wilshire Blvd FL 12
Santa Monica, CA  90401  Tel: (310) 496-4270
Attorneys for Plaintiff Afshin Shahidi

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Afshin Shahidi<br><br>Plaintiff(s)<br>v.<br><br>LiveOne, Inc., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:21-cv-08830-MCS-KESx<br><br>**STIPULATION REGARDING<br>SELECTION OF PANEL MEDIATOR** |

**CHECK ONLY ONE BOX:**

[✓]  The parties stipulate that ___Diane Faber___ may serve as the Panel Mediator in the above-captioned case. ___Edward Anderson___ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three (3) hours. All parties and the Panel Mediator have agreed that the mediation will be held on ___TBD___ (Date) and counsel will submit mediation statements seven (7) calendar days before the session.

[ ]  The parties request that the ADR Program staff assign to the above-captioned case a Panel Mediator with expertise in the following area of law : _____

Dated: April 6, 2022

*Ed Ch* (signature)
Attorney For Plaintiff   Afshin Shahidi

Dated: _____

Attorney For Plaintiff   _____

Dated: April 6, 2022

/s/ David A. Boag
Attorney For Defendants LiveOne, Inc., LiveXLive Corp., and Slacker, Inc.

Dated: _____

Attorney For Defendant   _____

Pursuant to L.R. 5-4.3.4(a)(2)(ii), filing counsel attests that all other signatories concur in the filing's contents
Attorney for Plaintiff to electronically file original document.
and have authorized the filing.