# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Afshin Shahidi | CASE NUMBER: |
| | 2:21-cv-08830-MCS-KES |
| v.   Plaintiff(s) | |
| Live One, Inc. | NOTICE OF MEDIATION DATE |
| Defendant(s). | |

**YOU ARE HEREBY NOTIFIED THAT THE PANEL MEDIATOR HAS SCHEDULED A MEDIATION IN THE ABOVE-CAPTIONED CASE**

for  June 28, 2022                    at  10:00     ☑ a.m. / ☐ p.m.

**LOCATION:**  Anderson Yeh PC, 401 Wilshire Blvd., 12th Floor, Santa Monica CA 90401

> **The mediation session must be completed and an ADR-03 Report must be filed on or before the Court-ordered completion date.**

Continuances are not favored and can only be granted by the Mediator up to the Court-ordered completion date. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

**Dated:**  June 8, 2022

**Panel Mediator:**  Diane L. Faber, Esq.
**Address:**  DIANE FABER MEDIATION
9232 Airdrome St.
Los Angeles, CA 90035
**Phone:**  (310) 202-7272