1  ANDERSON YEH PC
     Edward M. Anderson (STATE BAR NO. 198183)
2  edward@andersonyehlaw.com
     Regina Yeh (STATE BAR NO. 266019)
3  regina@andersonyehlaw.com
4  401 Wilshire Boulevard, 12th Floor
   Santa Monica, California  90401
5  Telephone: (310) 496-4270  Facsimile: (888) 744-0317
6
7  Attorneys for Plaintiff
   AFSHIN SHAHIDI
8
9  KESHER LAW GROUP, P.C.
     Jeffrey A. Katz (STATE BAR NO. 137246)
10  jeffrey.katz@kesherlawgroup.com
    1919 N. Heliotrope Dr.
11  Santa Ana, CA  92706
    Telephone: (714) 296-8309
12
13  BOAG LAW PLLC
      David A. Boag (*Pro Hac Vice*)
14  dab@boagip.com
    447 Broadway, Suite 2-270
15  New York, NY  10013
16  Telephone: (202) 203-6651
17
    Attorneys for Defendants
18  LIVEONE, INC., LIVEXLIVE, CORP.,
    and SLACKER, INC.
19

20                    **UNITED STATES DISTRICT COURT**

21          **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

22

| | |
|---|---|
| 23  AFSHIN SHAHIDI, an individual, | CASE NO.  2:21-CV-08830-MCS-KES |
| 24           Plaintiff, | **JOINT REPORT REGARDING ADR PROCEDURE COMPLIANCE** |
| 25 | |
| 26           v. | Action Filed:  November 9, 2021 |
| 27  LIVEONE, INC., a Delaware | ADR Completion Date: November 14, 2022 |
| 28 | |

JOINT REPORT RE ADR PROCEDURE COMPLIANCE

| | |
|---|---|
| corporation; LIVEXLIVE, CORP., a Delaware corporation; SLACKER, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Final PTC: January 23, 2023<br>Trial: February 7, 2023 |

## JOINT REPORT REGARDING ADR PROCEDURE COMPLIANCE

Plaintiff Afshin Shahidi ("Plaintiff" or "Shahidi"), on the one hand, and defendants LiveOne, Inc., LiveXLive Corp., and Slacker, Inc. (together, "Defendants"), on the other hand, by and through their attorneys of record, hereby submit this Joint Report regarding ADR procedures compliance.

Pursuant to the parties' jointly requested settlement procedure and the Court's March 2, 2022 Order/Referral to ADR (Dkt. No. 24), the parties and their counsel participated in a largely in-person mediation session with panel mediator Diane Faber on June 28, 2022 at the offices of Plaintiff's counsel. Plaintiff Afshin Shahidi and Plaintiff's lead counsel, Edward M. Anderson, appeared and participated in-person for Plaintiff. Defendants' Chief Financial Officer Aaron Sullivan and Defendants' local counsel Jeffrey Katz appeared and participated in person for Defendants. Defendants' lead counsel, David A. Boag, appeared and participated via videoconference.

The parties and their counsel continued to work with the mediator, and considered the mediation extended, until July 28, 2022. The parties at present have been unable to resolve their dispute and have ended mediation.

///
///
///
///
///

The parties and the parties' counsel all believe that they have complied with the required ADR procedure. They may continue to have settlement discussions but at present have not resolved their dispute.

DATED: August 8, 2022

ANDERSON YEH PC
Edward M. Anderson
Regina Yeh

_/s/ Edward M. Anderson_

Attorneys for Plaintiff
AFSHIN SHAHIDI

DATED: August 8, 2022

BOAG LAW PLLC
David A. Boag

_/s/ David A. Boag_

Attorneys for Defendants
LIVEONE, INC., LIVEXLIVE, CORP., and SLACKER, INC.

- 3 -
JOINT REPORT RE ADR PROCEDURE COMPLIANCE