ANDERSON YEH PC
  Edward M. Anderson (STATE BAR NO. 198183)
edward@andersonyehlaw.com
  Regina Yeh (STATE BAR NO. 266019)
regina@andersonyehlaw.com
401 Wilshire Boulevard, 12th Floor
Santa Monica, California  90401
Telephone: (310) 496-4270  Facsimile: (888) 744-0317

Attorneys for Plaintiff
AFSHIN SHAHIDI

KESHER LAW GROUP, P.C.
  Jeffrey A. Katz (STATE BAR NO. 137246)
jeffrey.katz@kesherlawgroup.com
1919 N. Heliotrope Dr.
Santa Ana, CA  92706
Telephone: (714) 296-8309

BOAG LAW PLLC
  David A. Boag
dab@boagip.com
447 Broadway, Suite 2-270
New York, NY  10013
Telephone: (202) 203-6651

Attorneys for Defendants
LIVEONE, INC., LIVEXLIVE, CORP.,
and SLACKER, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| AFSHIN SHAHIDI, an individual, | CASE NO.  2:21-CV-08830-MCS-KES |
|---|---|
| Plaintiff, | **STIPULATION FOR ORDER REGARDING REMOTE DEPOSITION OF PLAINTIFF AFSHIN SHAHIDI** |
| v. | |
| LIVEONE, INC., a Delaware corporation; LIVEXLIVE, CORP., a | *[Proposed] Order submitted concurrently)* |

STIPULATION FOR ORDER REGARDING REMOTE DEPOSITION

| | |
|---|---|
| Delaware corporation; SLACKER, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Action Filed: November 9, 2021<br>Discovery Cut-off: October 3, 2022<br>Motion Cut-off: October 31, 2022<br>FPTC: January 23, 2023<br>Trial Date: February 7, 2023 |

## **STIPULATION**

Plaintiff Afshin Shahidi ("Plaintiff" or "Shahidi"), on the one hand, and defendants LiveOne, Inc., LiveXLive Corp., and Slacker, Inc. (together, "Defendants"), on the other hand, by and through their attorneys of record, hereby STIPULATE and AGREE, subject to the approval of this Court, to taking deposition testimony by remote means, including by videoconference ("Videoconference Deposition"), of Plaintiff Afshin Shahidi.

The parties further STIPULATE and AGREE that these Videoconference Depositions will be recorded by a Certified Shorthand Reporter authorized to administer oaths in the United States state or territory in which they reside and will have the full force and legal effect as if they were conducted in the United States, and that no party will challenge the use of any deposition described above solely on the basis that it was taken by remote means, including videoconference.

Nothing in this stipulation prohibits a party from raising objections under the Federal Rules of Evidence concerning the use of the deposition testimony including but not limited to, admissibility, foundation, hearsay, or impeachment, or under the Federal Rules of Civil Procedure, or other applicable rules.

**SO STIPULATED AND AGREED.**

| | | |
|---|---|---|
| 1 | DATED: September 21, 2022 | ANDERSON YEH PC |
| 2 | | Edward M. Anderson |
| | | Regina Yeh |
| 3 | | |
| 4 | | _____/s/_____ |
| | | Attorneys for Plaintiff |
| 5 | | AFSHIN SHAHIDI |
| 6 | | |
| 7 | DATED: September 21, 2022 | BOAG LAW PLLC |
| | | David A. Boag |
| 8 | | |

_____/s/_____
Attorneys for Defendants
LIVEONE, INC., LIVEXLIVE, CORP., and
SLACKER, INC.

- 3 -
STIPULATION FOR ORDER REGARDING REMOTE DEPOSITION

# SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED: September 21, 2022

_/s/_____
David A. Boag

- 4 -
STIPULATION FOR ORDER REGARDING REMOTE DEPOSITION

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served via e-mail, on the date listed below, a copy of the foregoing DEFENDANTS' NOTICE OF DEPOSITION OF AFSHIN SHAHIDI upon AFSHIN SHAHIDI by service on attorneys for AFSHIN SHAHIDI addressed as follows:

Edward M. Anderson
Anderson Yeh, PC
401 Wilshire Boulevard
12th Floor
Santa Monica, CA 90401
edward@andersonyehlaw.com

DATED: September 21, 2022                    __/s/_____
                                             David A. Boag