| | |
|---|---|
| 1 | KESHER LAW GROUP, P.C. |
| 2 | Jeffrey A. Katz (STATE BAR NO. 137246)<br>jeffrey.katz@kesherlawgroup.com |
| 3 | 1919 N. Heliotrope Dr.<br>Santa Ana, CA  92706 |
| 4 | Telephone: (714) 296-8309 |
| 5 | |
| 6 | BOAG LAW PLLC<br>  David A. Boag |
| 7 | dab@boagip.com<br>447 Broadway, Suite 2-270 |
| 8 | New York, NY  10013<br>Telephone: (202) 203-6651 |
| 9 | |
| 10 | Attorneys for Defendants<br>LIVEONE, INC., LIVEXLIVE, CORP., |
| 11 | and SLACKER, INC. |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AFSHIN SHAHIDI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LIVEONE, INC., a Delaware corporation; LIVEXLIVE, CORP., a Delaware corporation; SLACKER, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.  2:21-CV-08830-MCS-KES<br><br>Hon. Karen E. Scott – Magistrate Judge<br><br>**DECLARATION OF DAVID A. BOAG IN SUPPORT OF STIPULATION REGARDING REMOTE DEPOSITION OF PLAINTIFF AFSHIN SHAHIDI**<br><br>Action Filed:  November 9, 2021<br>Discovery Cut-off: October 3, 2022<br>Motion Cut-off: October 31, 2022<br>FPTC: January 23, 2023<br>Trial Date: February 7, 2023 |

### **DECLARATION**

I, David A. Boag, Declare as Follows:

1. I am over the age of 18 and a member in good standing of the State Bar

DECLARATION

of New York and was admitted *pro hac vice* to this Court by an order dated May 12, 2022. I am the principal of BOAG LAW, LLC, counsel of record for Defendants Slacker, Inc., LiveXLive Corp. and LiveOne, Inc. (collectively, "Defendants").

2. Defendants have noticed the deposition of Plaintiff Afshin Shahidi and desire to take the deposition by remote videoconference to reduce costs. I am informed that Plaintiff will make Mr. Shahidi available in the Los Angles, California area, while Defendants' lead counsel is located in New York.

3. On September 19, 2022, I conferred by telephone with Edward Anderson, counsel for Plaintiff Afshin Shahidi, who confirmed that Plaintiff has no objection to conducting this deposition by remote videoconference.

4. Taking this deposition by remote videoconference will reduce costs to Defendants, who would otherwise be required to pay the travel expenses of their lead counsel for a single-day deposition.

5. Taking the deposition by remote videoconference will not prejudice Plaintiff, who has already acquiesced to taking the deposition by remote videoconference.

6. I swear under penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct and that this declaration is executed in New York, New York on September 19, 2022.

                                                ___/David A. Boag/_____

                                                David A. Boag