# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AFSHIN SHAHIDI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LIVEONE, INC., a Delaware corporation; LIVEXLIVE, CORP., a Delaware corporation; SLACKER, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:21-CV-08830-MCS-KES<br><br>Hon. Karen E. Scott – Magistrate Judge<br><br>**[PROPOSED] ORDER REGARDING REMOTE DEPOSITION OF PLAINTIFF AFSHIN SHAHIDI**<br><br>Action Filed: November 9, 2021<br>Discovery Cut-off: October 3, 2022<br>Motion Cut-off: October 31, 2022<br>FPTC: January 23, 2023<br>Trial Date: February 7, 2023 |

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the Court hereby authorizes the taking of the deposition of Plaintiff Afshin Shahidi by remote methods, including by videoconference. This deposition shall have the full force and legal effect as if it were conducted in the United States.

**IT IS SO ORDERED.**

Dated: _____       _____

Hon. Karen E. Scott
United States Magistrate Judge

[PROPOSED] ORDER